```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 05 B 01408
   THOMAS J TYRRELL
                                              CHAPTER 13

                                              JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-6655


---------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/18/05 and confirmed on 06/07/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 136621.78 .

   4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                              PAID             PAID
---------------------------------------------------------------------
ABN AMRO                 CURRENT MORTG          .00             .00              .00
INTERNAL REVENUE SERVICE SECURED          59344.00             .00         59344.00
ILLINOIS DEPT REVENUE    PRIORITY           585.17             .00           585.17
INTERNAL REVENUE SERVICE PRIORITY         23632.35             .00         23632.35
ALEXIAN BROTHERS MEDICAL UNSECURED        NOT FILED            .00              .00
ALEXIAN BROTHERS MEDICAL UNSECURED         2344.93             .00           904.54
TSYS DEBT MANAGEMENT     UNSECURED          856.42             .00           330.36
CITIBANK NA              UNSECURED        NOT FILED            .00              .00
DELNOR COMMUNITY HOSPITA UNSECURED        NOT FILED            .00              .00
OSI COLLECTION SERVICES  UNSECURED        NOT FILED            .00              .00
ECAST SETTLEMENT CORP    UNSECURED          3200.00            .00          1234.37
INTERNAL REVENUE SERVICE UNSECURED         79137.65            .00         30526.66
MERCHANTS NATL VISA      UNSECURED        NOT FILED            .00              .00
MARSHALL FIELD           UNSECURED          2216.05            .00           854.82
ECAST SETTLEMENT CORPORA UNSECURED          3110.92            .00          1200.01
ECAST SETTLEMENT CORPORA UNSECURED          6670.18            .00          2572.96
NCO FINANCIAL SYSTEMS IN UNSECURED        NOT FILED            .00              .00
THOMSON WEST             UNSECURED         12000.44            .00          4629.07
ILLINOIS DEPT REVENUE    UNSECURED           634.97            .00           244.93

CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                              PAID             PAID
---------------------------------------------------------------------
       Summary of disbursements:
---------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED        OTHER          TOTAL
---------------------------------------------------------------------
TOTAL CLMS ALLOWED 59344.00      24217.52    110171.56          .00      193733.08
PRINCIPAL PAID     59344.00      24217.52     42497.72          .00      126059.24
INTEREST PAID          .00           .00          .00           .00            .00
TOTAL PAID         59344.00      24217.52     42497.72          .00      126059.24
```

The Debtor's attorney, TERENCE M FENELON, was allowed $ 3240.10 and was paid $ 3240.10 .

The Trustee received $ 4500.66 .

Refunds to the Debtor totaled $ 2821.78 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 11/16/07                      /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE